**FILED**
OCT 25 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　PLAINTIFF<br>　　　　v.<br>MATEO CARDENAS-ARROYO,<br>　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>CR11-00846-PSG<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

　　Upon motion of _Defendant's counsel_____, IT IS ORDERED that a detention hearing is set for _November 1_____, _2011_____, at _1:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　　　　　*(Other custodial officer)*

Dated: _OCT 25 2011_____

_____
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1