

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR11-00846-PSG |
| MATEO CARDENAS-ARROYO, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _the Court_____, IT IS ORDERED that a detention hearing is set for _November 4_____, _2011___, at _10:00___ ☒a.m. / ☐p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _11/1/11_

MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge